[No. 12154-2-III.   Division Three.   June 24, 1993.]

RICHARD E. COHEN, *as Personal Representative,*
*Appellant,* v. CHARLES HOWARD WHETSTINE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-2-01244-9, Robert N. Hackett, Jr., J., entered
December 12, 1991. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11996-3-III.   Division Three.   June 24, 1993.]

*In the Matter of the Marriage of* N. DERRY DAVIES,
*Appellant, and* EDWARD R. DAVIES,
*Respondent.*

Appeal from a judgment of the Superior Court for Benton
County, No. 90-3-00023-1, Carolyn A. Brown, J., entered
October 10, 1991. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 29545-4-I.   Division One.   June 28, 1993.]

*In the Matter of the Personal Restraint of*
MORGAN DAVIS, *Petitioner.*

Petition for relief from personal restraint. *Denied* by un-
published per curiam opinion.

[No. 29186-6-I.   Division One.   June 28, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
MILTON BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06417-1, Anthony P. Wartnik, J., entered
September 13, 1991. *Affirmed* by unpublished per curiam
opinion.